IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Bryan Miller,<br><br>                Plaintiff,<br><br>   v.<br><br>C.M.S. Correctional Medical Service, et al.,<br><br>                Defendants. | Civil No. 08-3014-NLH-AMD<br><br>**ORDER** |

**APPEARANCES**:

Bryan Miller
River Front State Prison
P.O. Box, 9104
Camden, NJ 08101
*Pro se Plaintiff*

Sean X. Kelly, Esq.
Richard H. Kim, Esq.
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
6981 N. Park Drive
Suite 300
Pennsauken, NJ 08109
*Attorneys for Defendant*

**HILLMAN**, District Judge:

    For the reasons expressed in the Court's Opinion entered on this date,

    IT IS on this  16th  day of  March , 2010, hereby

    **ORDERED** that Defendant Correctional Medical Services, Inc.'s Motion to Dismiss [28] is **GRANTED**; it is further

    **ORDERED** that Plaintiff's Complaint is **DISMISSED**; and it is further

**ORDERED** that Plaintiff will have 30 days to file an amended complaint for the reasons expressed in the Court's Opinion.

                                                    s/ Noel L. Hillman  
                                             HON. NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey